**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| NARANJIBHAI PATEL; RAMILABEN PATEL, | No. 08-56567 |
| *Plaintiffs-Appellants*, | D.C. No. 2:05-cv-01571-DSF-AJW |
| v. | |
| CITY OF LOS ANGELES, a municipal corporation, | ORDER |
| *Defendant-Appellee*. | |

Filed February 13, 2013

## ORDER

KOZINSKI, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35–3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.